# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132807

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF MICHIGAN,
        Plaintiff-Appellee,

v

NICHOLAS MONCIVAIS,
        Defendant-Appellant.

SC: 132807
COA: 273508
Saginaw CC: 05-025956-FC

_____/

On order of the Court, the application for leave to appeal the October 31, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

l0319